

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

No. 04-19-00439-CV

**IN RE** James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley and Cody Presley

Original Mandamus Proceeding[1]

### ORDER

On June 28, 2019, relators filed a petition for writ of mandamus, in which relators requested a stay of "any and all enforcement." After considering the petition, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The request for a stay is DENIED AS MOOT.

It is so **ORDERED** on July 17, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-12-24620-CV, styled *Coyle Family Farm, Inc., et al. v. James Clinton Coyle, et al.*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable H. Paul Canales presiding.